UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENRIQUE J. SOMEILLAN,

      Petitioner,

v.                                      Case No:  2:25-cv-1213-JES-DNF

KRISTI   NOEM,   SECRETARY,
UNITED  STATES  DEPARTMENT  OF
HOMELAND  SECURITY;  GARRETT
J.   RIPA,   FIELD   OFFICE
DIRECTOR,   UNITED   STATES
IMMIGRATION  AND  CUSTOMS
ENFORCEMENT   MIAMI   FIELD
OFFICE,   ENFORCEMENT   AND
REMOVAL  OPERATIONS;  KEVIN
GUTHRIE,  DIRECTOR,  FLORIDA
DIVISION   OF   EMERGENCY
MANAGEMENT;   UNITED   STATES
IMMIGRATION  AND  CUSTOMS
ENFORCEMENT;   PAMELA   J.
BONDI, ATTORNEY GENERAL  OF
THE  UNITED  STATES;  TODD  M.
LYONS,   ACTING   DIRECTOR,
UNITED   STATES   IMMIGRATION
AND CUSTOMS ENFORCEMENT,

      Respondents.

---

**ORDER TO SUPPLEMENT**

This cause is before the Cout for consideration of Petitioner Enrique J. Someillan's 28 U.S.C. § 2241 petition for writ of habeas corpus.  (Doc. #1.)  Petitioner challenges his detention because the Respondents "cannot effect his prompt removal from the United States in the reasonably foreseeable future."  (Id. ¶ 60.)

On January 20, 2026, the government responded to the petition. (Doc. #8.)  Respondents argue that Petitioner is not being unlawfully detained because: (1) Petitioner has not been held past the presumptive reasonable period permitted under Zadvydas v. Davis; and (2) Immigration and Customs Enforcement ("ICE") complied with its regulations in revoking Petitioner's order of supervision.  (Doc. #8, pp. 5-9.)  In reply and his notice of supplemental authority, Petitioner asserts that he has been detained past the presumptive six-month period.  (Doc. #14, p.6; Doc. #16, p. 1-2.)

The Court finds that parties substantively disagree on the number of days Petitioner has been detained.  Upon reviewing the file, the Court cannot readily determine how parties have determined the number of days Petitioner has been detained.

Accordingly, it is hereby **ORDERED**:

(1)  By April 8, 2026, at 12:00 p.m., Respondents shall submit supplemental briefing specifically addressing:

 a.  The number of days Petitioner has been detained by ICE;

 b.  Whether the Court can properly consider any prior detention occurring after Petitioner's final order of removal; and

 c.  Evidence that there is a significant likelihood of removal to Mexico in the reasonably foreseeable

future.

(2) Petitioner may file an optional response within **THREE (3) DAYS** of Respondent's supplemental briefing on the same issues.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of April 2026.

 

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record